IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHELLE P. HERNANDEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-2402-L** |
| | § | |
| **ANDREW SAUL, Commissioner of** | § | |
| **the Social Security,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

On August 23, 2019, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 19) ("Report") was entered, recommending that the court deny Plaintiff's Motion for Summary Judgment (Doc. 16), filed January 14, 2019; grant Defendant's Motion for Summary Judgment (Doc. 17), filed January 28, 2019; and affirm the final decision of the Commissioner of Social Security ("Commissioner"). On September 3, 2019, Plaintiff filed objections to the Report in which she essentially urges the same arguments that were presented to the magistrate judge and addressed in the Report.

After reviewing the motions, briefs, file, record in this case, and Report, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **overrule**s Plaintiff's objections; **denies** Plaintiff's Motion for Summary Judgment (Doc. 16); **grants** Defendant's Motion for Summary Judgment (Doc. 17); **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

Order – Page 1

**It is so ordered** this 10th day of September, 2019.

Sam A. Lindsay
United States District Judge